PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Travis Lynn   **Docket Number:** 08-00846-001
**PACTS Number:** 51769

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/10/2009

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 26 months imprisonment; 3 years supervised release. Special conditions: drug testing/treatment; financial disclosure; new debt restrictions; DNA testing; and restitution of $17,884.98.

**Type of Supervision:** supervised release   **Date Supervision Commenced:** 04/26/10

**Assistant U.S. Attorney:** Scott B. McBride, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Anthony J. Iacullo, Esq., Iacullo, Martino, and Marzella, LLC, 247 Franklin Avenue, Nutley, New Jersey 07110 (973) 235-1550

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.' |
| | The offender has moved from his last known address of 21 Eckhart Street, Second Floor, Newark, New Jersey, and has not notified the probation office of his whereabouts, therefore absconding supervision. His sister has informed the undersigned that the offender had left their residence with his belongings on August 30, 2010. He subsequently failed to report for a scheduled office visit on September 7, 2010. |

PROB 12C - Page 2
Travis LYNN

2      The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

On September 22, 2010, the offender was discharged from the outpatient substance abuse treatment program at Integrity House, located in Newark, New Jersey.

He missed a group session on June 28, 2010, a Code-A-Phone appointment on June 17, 2010, and three individual sessions on July 14, 2010, July 20, 2010, and July 27, 2010. In August, he missed four therapy group sessions, specifically, on August 9, 2010, August 16, 2010, August 23, 2010, and August 30, 2010. He also missed three Code-A-Phone scheduled appointments on August 4, 2010, August 20, 2010, and August 31, 2010. In September, the offender did not report to any sessions, nor did he contact Integrity.

3      The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'

The offender has admitted and tested positive to the use of illegal substances. On June 11, 2010, and June 24, 2010, the offender admitted to the use of cocaine. On July 12, 2010, he tested positive for cocaine, heroin and oxycodone. On August 2, 2010, he tested positive for cocaine, and on August 10, 2010, the offender admitted to the use of cocaine and heroin.

4      The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $17,884.98 to Anderson Check Cashing Corporation, 77 Anderson Street, Hackensack, NJ 07601, Social Security Administration, Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, PA 19122, and the United States Treasury; it shall be paid in the following manner: No less than $100 per month, to commence 30 days after release from confinement.'

The offender has failed to make any payments on his restitution, which has an outstanding balance of $17,884.98.

PROB 12C - Page 3
Travis LYNN

5   The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has failed to maintain gainful employment throughout his term of supervision.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 10/20/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/20/10
Date