PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Travis Lynn  **Docket Number:** 08-00846-001
 **PACTS Number:** 51769

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/10/2009
**Date of Violation Sentence:** 07/12/2011

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES, 18 U.S.C. § 371

**Original Sentence:** 26 months imprisonment; 3 years supervised release.
**Violation Sentence:** 8 months imprisonment; 28 months supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 2-12-12

**Assistant U.S. Attorney:** Scott B. McBride, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kevin F. Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.'<br><br>The offender failed to report to the probation office as directed on May 1, 2012, and has made no attempts to contact the probation office since. |
| 2 | The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT**<br><br>You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure |

compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender failed to report as directed to the Integrity Drug Treatment Program for group and individual substance abuse counseling on April 30, 2012, and April 25, 2012. He has not reported to any sessions during the month of May 2012.

3     The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.'

The offender stopped working at Morgan Technical Ceramics on or about May 10, 2012, and did not notify the probation officer of the same.

4     The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $17,884.98 to Anderson Check Cashing Corporation, 77 Anderson Street, Hackensack, NJ 07601; Social Security Administration, Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, PA 19122; and the United States Treasury; it shall be paid in the following manner: no less than $100 per month, to commence 30 days after release from confinement.'

The offender has failed to make any payments on his restitution, which has an outstanding balance of $17,884.98.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 6/6/12

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 12, 2012
_____
Date