PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Travis Lynn  **Docket Number:** 08-00846-001
 **PACTS Number:** 51769

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/10/2009
**Date of Violation Sentence:** 07/12/2011

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES, 18 U.S.C. § 371

**Original Sentence:** 26 months imprisonment; 3 years supervised release.
**Violation Sentence:** 8 months imprisonment; 28 months supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 2-12-12

**Assistant U.S. Attorney:** Scott B. McBride, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kevin F. Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On November 7, 2012, the offender was arrested by officers from the Newark Police Department and charged with possession of a controlled dangerous substance and with distribution of a controlled dangerous substance. The case is pending and no date has been scheduled at Newark Municipal Court. |
| 2 | The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** |
| | To this date, the offender has not disclose his arrest of November 7, 2012. |

PROB 12C - Page 2
Travis Lynn

3      The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $17,884.98 to Anderson Check Cashing Corporation, 77 Anderson Street, Hackensack, NJ 07601; Social Security Administration, Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, PA 19122; and the United States Treasury; it shall be paid in the following manner: no less than $100 per month, to commence 30 days after release from confinement.'

The offender has failed to make any payments on his restitution, which has an outstanding balance of $17,884.98.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R. Gonzalez / Azzarello 2.12.20
Senior U.S. Probation Officer
Date: 12/20/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/20/12
Date